FILED: September 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6955
(2:18-cr-00147-MSD-LRL-1)
(2:20-cv-00138-MSD-LRL)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MICHELLE RENEE BEST, a/k/a Michelle Smith

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Diaz, Judge Gregory, and Senior Judge Keenan.

      For the Court

      /s/ Nwamaka Anowi, Clerk